Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE KURZDORFER, <br> o/b/o plaintiff and the class <br> defined herein | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 19-CV-6430-DGL |

               Plaintiff,

v.

CONSTAR FINANCIAL SERVICES, LLC,

               Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Constar's motion to dismiss is granted. Kurzdorfer's complaint is dismissed in its entirety and with prejudice, Constar's request for attorneys' fees in connection with this case is denied.

| | |
|---|---|
| Date: September 29, 2020 | MARY C. LOEWENGUTH <br> CLERK OF COURT <br><br> By: s/K.McMillan <br>     Deputy Clerk |